## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL WOOD, *on behalf of himself and a putative class of similarly situated individuals,*     ) ) ) ) | |
|       *Plaintiff,*     ) ) | No. 20 C 4584 |
| v.     ) ) | Judge Virginia M. Kendall |
| CAPITAL VISION SERVICES, LLC, MYEYEDR. OPTOMETRISTS, LLC, MEEYEDR. OPTOMETRY OF ILLINOIS, LLC,     ) ) ) ) ) | |
|       *Defendants.*     ) | |

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of Plaintiff (s)
        which ☐ includes    pre–judgment interest.
               ☐ does not include pre–judgment interest.

    Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

    Plaintiff(s) shall recover costs from defendant(s).

---

☒    in favor of defendant(s) CAPITAL VISION SERVICES, LLC, MYEYEDR. OPTOMETRISTS, LLC, MEEYEDR. OPTOMETRY OF ILLINOIS, LLC,

    and against plaintiff(s) MICHAEL WOOD,
Defendant(s) shall recover costs from plaintiff(s).

---

☐    other:

---

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a Motion to Dismiss.

Date:  12/23/2020               Thomas G. Bruton, Clerk of Court

                                        /s/Lynn Kandziora , Deputy Clerk