# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL WOOD**, Plaintiff, v. **CAPITAL VISION SERVICES, LLC; MEYEDR. OPTOMETRISTS, LLC; MYEYDR. OPTOMETRY OF ILLINOIS, LLC;** and **4PATIENTCARE, INC.**, Defendants. | Case No. 20-cv-4584<br><br>Judge: Honorable Virginia M. Kendall<br><br>Magistrate Judge: Honorable Maria Valdez |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the Plaintiff, Michael Wood, and the Defendants Capital Vision Services, LLC, MyEyeDr. Optometrists, LLC, MyEyeDr. Optometry of Illinois, LLC, and 4PatientCare, Inc., through their respective undersigned counsel, that Plaintiff's claims against all Defendants the above-captioned action are dismissed in their entirety with prejudice, with each party to bear its own costs and attorneys' fees, and all rights of appeal waived, and the claims of the putative class members are dismissed without prejudice.

Date: July 5, 2022

Respectfully submitted,

**MICHAEL WOOD**

By:   <u>/s/ Michael Drew</u>
      One of his attorneys

Michael Drew (mwd@neighborhood-legal.com)
Neighborhood Legal LLC
20 N. Clark St., Suite 3300
Chicago, IL 60602
Telephone: (312) 967-7220

**CAPITAL VISION SERVICES, LLC, MYEYEDR. OPTOMETRISTS, LLC, AND MYEYEDR. OPTOMETRY OF ILLINOIS, LLC**

By:   <u>/s/ William M. Butler</u>
      One of their attorneys

Mark A. Nebrig (marknebrig@mvalaw.com)
William M. Butler (billbutler@mvalaw.com)
Moore & Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000

Brenna R. McLean (BRMcLean@ebglaw.com)
Epstein Becker Green
227 W. Monroe St., Suite 3250
Chicago, IL 60606
Telephone: (312) 499-1418

**4PATIENTCARE, INC.**

By:   <u>/s/ Andrew D. LeMar</u>
      One of its attorneys

Andrew D. LeMar (alemar@burkelaw.com)
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611-3607
Telephone: (312) 840-7000

## **CERTIFICATE OF SERVICE**

On July 5, 2022, the undersigned caused the foregoing Stipulation of Dismissal to be filed electronically with the Northern District of Illinois, and served upon all parties registered to receive notice via the Court's CM/ECF system.

/s/ Michael Drew

4884-8166-9665, v. 1