# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Michael J. Wood

                           Plaintiff,

v.                                        Case No.: 1:20–cv–04584
                                                   Honorable Virginia M. Kendall

Capital Vision Services, LLC, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 6, 2022:

      MINUTE entry before the Honorable Virginia M. Kendall. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(II) and Stipulation of Dismissal [79], Plaintiff's claims against all Defendants in this action are dismissed in their entirety with prejudice, with each party to bear its own costsand attorneys' fees, and all rights of appeal waived, and the claims of the putative class members are dismissed without prejudice. Status hearing set for 7/6/2022 is stricken. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.